IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>      Plaintiff,<br><br>    v.<br><br>IAN BENJAMIN ROGERS,<br><br>      Defendant. | Case No. 21-cr-00274-CRB-1<br><br>**ORDER FOR PSYCHIATRIC EXAMINATION OF THE DEFENDANT** |

Because the Court desires more information as to Defendant Ian Benjamin Rogers's mental condition for the purpose of sentencing, the Court hereby orders a psychiatric examination and report pursuant to 18 U.S.C. § 3552(c) to be conducted by Dr. John Chamberlain. The Clerk is directed to forward to Dr. Chamberlain copies of all sentencing documents filed by the parties as well as the presentence report. Dr. Chamberlain's report shall assess the defendant's mental condition, recommend an appropriate course of treatment, if any, and assess the defendant's dangerousness.

Upon completion of the report, Dr. Chamberlain shall forward to the Court his findings. A copy of this report will be furnished to the parties. The Court asks Dr. Chamberlain to complete his work within 60 days.

**IT IS SO ORDERED.**

Dated: October 14, 2022

_____
CHARLES R. BREYER
United States District Judge